USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN SCANLON,

Plaintiff,

-v-

JPMORGAN CHASE BANK, N.A. ET AL,

Defendants.

**ORDER**

26-CV-5426 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants Q Squared Design, LLC, Q Home Design, LLC, and Bijou Design, LLC's motion to dismiss. ECF Nos. 28–30. The motion is **DENIED** on procedural grounds for failure to request a pre-motion conference. The motion is instead construed as a request for a pre-motion conference on an anticipated motion to dismiss.

A conference is scheduled for **October 21, 2026**, at **11:00 a.m.** by telephone to discuss the anticipated motion to dismiss. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 397 764 253#). The letter response to the motion (construed as a pre-motion letter) is due by **October 14, 2026**.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 28 as **DENIED** on procedural grounds.

**SO ORDERED.**

Dated: October 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge