USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN SCANLON,

Plaintiff,

-v-

JPMORGAN CHASE BANK, N.A. ET AL,

Defendants.

**ORDER**

26-CV-5426 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter motion requesting to adjourn the conference scheduled for October 21, 2026. ECF No. 33. The request to adjourn is **GRANTED**. The conference is adjourned to **October 23, 2026** at **10:00 a.m.** The dial-in information remains the same. *See* ECF No. 31. Counsel for Defendant JPMorgan Chase must attend.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 33 as **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge