USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN SCANLON,

Plaintiff,

-v-

JPMORGAN CHASE BANK, N.A. ET AL,

Defendants.

**ORDER**

26-CV-5426 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on October 23, 2026 during which the parties conferred about a way forward. For the reasons articulated at the conference, the parties have agreed to the following:

- The parties accept the First Amended Complaint ("FAC"), ECF No. 35, as the operative pleading.
- Defendant JPMorgan Chase Bank, N.A.'s ("Chase") motion to dismiss at ECF No. 13 will be considered with reference to the FAC, rather than the pleading that was operative at the time the motion was filed.
- Plaintiff withdraws the argument made in opposition to Chase's motion to dismiss that the business card agreement should not be considered in deciding the motion.
- Chase may file a letter by **October 30, 2026** identifying any additional ways the FAC affects its motion to dismiss. Plaintiff may respond to such letter by **November 6, 2026**.

- Defendants Q Squared Design, LLC, Q Home Design, LLC, and Bijou Design, LLC shall file a new motion to dismiss by **November 6, 2026**, the opposition shall be due by **November 20, 2026**, and the reply shall be due by **December 9, 2026**.

**SO ORDERED.**

Dated: October 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge